# IN THE DISTRICT COURT OF THE UNITED STATES

## For the Western District of New York

---

**THE UNITED STATES OF AMERICA**

-vs-

**MUFID A. ELFGEEH**

November 2014 Grand Jury
(Impaneled November 7, 2014)

**INDICTMENT**

**Violations:**

18 U.S.C. §§ 111(a) and 111(b)

(3 Counts)

### COUNT 1

**(Assault)**

**The Grand Jury Charges That:**

On or about November 10, 2014, in the Western District of New York, the defendant, **MUFID A. ELFGEEH**, did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with A.D., a person known to the Grand Jury, a deputy sheriff at the Monroe County Jail, such acts involving physical contact with A.D., while A.D. was engaged in and on account of the performance of his official duties and while assisting officers of the United States Marshals Service in the performance of their official duties and on account of that assistance.

**All in violation of Title 18, United States Code, Section 111(a).**

## COUNT 2

(Assault)

**The Grand Jury Further Charges That:**

On or about November 10, 2014, in the Western District of New York, the defendant, **MUFID A. ELFGEEH**, did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with T.F., a person known to the Grand Jury, a deputy sheriff at the Monroe County Jail, such acts involving physical contact with T.F., while T.F. was engaged in and on account of the performance of his official duties and while assisting officers of the United States Marshals Service in the performance of their official duties and on account of that assistance, and did thereby inflict bodily injury upon him.

**All in violation of Title 18, United States Code, Sections 111(a) and 111(b).**

## COUNT 3

(Assault)

**The Grand Jury Further Charges That:**

On or about November 10, 2014, in the Western District of New York, the defendant, **MUFID A. ELFGEEH**, did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with B.F., a person known to the Grand Jury, a deputy sheriff at the Monroe County Jail, such acts involving physical contact with B.F., while B.F. was engaged in and on account of the performance of his official duties and while assisting officers of the United States Marshals Service in the performance of their official duties and on account of that assistance, and did thereby inflict bodily injury upon him.

**All in violation of Title 18, United States Code, Sections 111(a) and 111(b).**

DATED: Rochester, New York, April 16, 2015.

            WILLIAM J. HOCHUL, JR.
            United States Attorney


BY: s/Brett A. Harvey
   BRETT A. HARVEY
   Assistant United States Attorney
   United States Attorney's Office
   Western District of New York
   500 Federal Building
   100 State Street
   Rochester, New York 14614
   (585) 399-3949
   Brett.Harvey@usdoj.gov


BY: s/Frank H. Sherman
   FRANK H. SHERMAN
   Assistant United States Attorney
   United States Attorney's Office
   Western District of New York
   500 Federal Building
   100 State Street
   Rochester, New York 14614
   (585) 399-3934
   Frank.Sherman@usdoj.gov


A TRUE BILL:

s/Foreperson
FOREPERSON